## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

\*

vs.                                          Case No.   DLB 10-cr-00308-4

\*

**Nery Gustavo Ramos Duarte**

\*

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by

_____Sean McKee_____, and the Government was represented by

Assistant United States Attorney _____Joel Crespo_____, it is

**ORDERED,** this ___7th___ day of _____January_____ ___2026___, that the above-

named defendant be, and the same hereby is, DETAINED by agreement of the parties without

prejudice to either side requesting a prompt hearing to set appropriate conditions of release or

otherwise address the detention of the defendant.

_____
The Honorable Gina L. Simms
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention by Agreement